UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCHULER JR. and ROBERT ZANIN, individually, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB INC.,<br><br>Defendant. | Case No.  10-CV-2255-JAH (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ZANIN'S FLSA CLAIMS**<br><br>Assigned to:  Hon. John A. Houston<br>Mag. Judge:  Hon. Ruben B. Brooks |

Before the Court is Plaintiff Robert Zanin ("Zanin") and Defendant Ecolab Inc.'s ("Ecolab") Joint Motion to Dismiss Zanin's FLSA Claims. The Court, having read the joint motion and finding good cause, hereby GRANTS the Joint Motion to Dismiss Zanin's FLSA Claims. Accordingly, it is hereby ORDERED that:

(1) Zanin's fourth cause of action under the FLSA is dismissed with prejudice; and

(2) Each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  July 24, 2013

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

Firmwide:122048636.1 057118.1096